UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEANETTE BRANNON, )<br>)<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>LUCO MOP COMPANY, )<br>)<br>    Defendants. ) | Case No. 4:05CV01713 ERW |

## **ORDER**

This matter is before the Court upon Plaintiff's Second Motion for Leave to Proceed In Forma Pauperis on Appeal [doc. #47] filed pursuant to Fed.R.App.P. 24(a)(1). Upon review of Plaintiff Brannon's financial information, this Court finds that the applicant has the financial inability to pay any portion of the required filing fee and shall therefore grant Plaintiff's request.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Second Motion for Leave to Proceed In Forma Pauperis on Appeal [doc. #47] is **GRANTED**.

So Ordered this 15th Day of February, 2007.

                                             */s/ E. Richard Webber*
                                             **E. RICHARD WEBBER**
                                             **UNITED STATES DISTRICT JUDGE**